IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-1459-CFC |
| ) | |
| SLAYBACK PHARMA LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AND PROPOSED ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that the deadline to submit a proposed scheduling order is hereby extended through and including December 3, 2018.

| | |
|---|---|
| */s/ Nathan R. Hoeschen* | */s/ Eve H. Ormerod* |
| John W. Shaw (No. 3362) | Neal C. Belgam (No. 2721) |
| Karen E. Keller (No. 4489) | Eve H. Ormerod (No. 5369) |
| Nathan R. Hoeschen (No. 6232) | SMITH, KATZENSTEIN & JENKINS LLP |
| SHAW KELLER LLP | 1000 West Street, Suite 1501 |
| I.M. Pei Building | Wilmington, DE 19801 |
| 1105 North Market Street, 12th Floor | (302) 652-8400 |
| Wilmington, DE 19801 | nbelgam@skjlaw.com |
| (302) 298-0700 | eormerod@skjlaw.com |
| jshaw@shawkeller.com | *Attorneys for Slayback Pharma Limited* |
| kkeller@shawkeller.com | *Liability Co.* |
| nhoeschen@shawkeller.com | |
| *Attorneys for Eagle Pharmaceuticals, Inc.* | |

Dated: November 30, 2018

SO ORDERED this ____ day of _____, 2018

_____
United States District Judge