McCarter & English

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

January 24, 2023

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE 19801-3555

**Re: *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, et al.*,
C.A. No. 18-1459-CFC**

Dear Chief Judge Connolly:

Pursuant to the Court's January 9, 2023 order, the parties provide this joint status report. Eagle brought this action against Slayback for alleged infringement of U.S. Patent Nos. 8,609,707 ("the '707 patent"); 9,265,831 ("the '831 patent"); 9,572,796 ("the '796 patent"); 9,572,797 ("the '797 patent"); and 10,010,533 ("the '533 patent"). The parties previously stipulated that "[a]ny Final Judgment entered by this Court in the [*Cephalon, Inc. et al. v. Slayback Pharma Limited Liability Company, et al.*, C.A. No. 17-1154-CFC (the "Consolidated Action")] regarding infringement, validity, and/or enforceability of the '707, '831, '796, '797, and/or '533 patents shall be entered in this action as if Slayback had fully participated in the trial and shall be entered in accordance with and on the same timing as said Final Judgment is entered in the Consolidated Action." D.I. 15 at 5. The Court entered a final judgment of infringement and no invalidity for each patent on August 5, 2021. The Consolidated Action, D.I. 421.

In light of the parties' stipulation, D.I. 15, and the Judgment in the Consolidated Action, the parties agree that this case is resolved and respectfully request entry of the attached proposed consent judgment.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All counsel of record (via CM/ECF and E-Mail)

Enclosure