**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., Plaintiff, v. SLAYBACK PHARMA LIMITED LIABILITY COMPANY, Defendant. | C.A. No.: 18-1459-CFC |

**~~[PROPOSED]~~ FINAL JUDGMENT**

WHEREAS, this patent infringement action was brought by Plaintiff Eagle Pharmaceuticals, Inc. ("Plaintiff") against Defendant Slayback Pharma Limited Liability Company ("Slayback"), alleging infringement of U.S. Patent Nos. 8,609,707 ("the '707 patent"); 9,265,831 ("the '831 patent"); 9,572,796 ("the '796 patent"); 9,572,797 ("the '797 patent"); and 10,010,533 ("the '533 patent") by the products that are the subject of Slayback's Abbreviated New Drug Application ("ANDA") No. 212230 ("Slayback's ANDA Product") filed with the U.S. Food & Drug Administration ("FDA");

WHEREAS, the Court conducted a seven-day bench trial in September 2019 in *Cephalon, Inc. et al. v. Slayback Pharma Limited Liability Company, et al.*, C.A. No. 17-1154-CFC (D.I. 421), and the Court entered judgment for Plaintiffs and against Defendant; and

WHEREAS, for the reasons set forth on the record at trial, and pursuant to Federal Rule of Civil Procedure 58(b) and the parties' previous stipulation, D.I. 15.

**IT IS HEREBY ORDERED AND ADJUDGED** this 24th day of January, 2023, that:

1. Claims 7, 12, 14, 18, 20 of the '707 patent; claims 2, 3, 5 of the '831 patent; claims 5, 7, 18, 20, 24 of the '796 patent; claims 2, 3, 5, 7-11, 20, 21 of the '797 patent; and claims 2, 3, 5, 8-12, 14, 17-19, 25, 26 of the '533 patent are not invalid.

2. Pursuant to 35 U.S.C. § 271(e)(4)(A), the U.S. Food & Drug Administration shall not approve Slayback's ANDA Product on a date which is earlier than the expiration of the latest-expiring claim that Slayback has been adjudged to infringe (in all cases, January 28, 2031) (*Cephalon, Inc. et al. v. Slayback Pharma Limited Liability Company, et al*., C.A. No. 17-1154-CFC, D.I. 315-1 ¶¶ 14, 23, 33, 42, 53), including any extensions and market exclusivities.

3. Pursuant to 35 U.S.C. § 271(e)(4)(B), Slayback; its officers, agents, servants, employees, and attorneys; and any other persons who are in active concert or participation with anyone described above are hereby enjoined from commercially manufacturing, using, offering to sell, or selling within the United States, or importing into the United States, its ANDA Product before the expiration date of the latest-expiring claim that Slayback has been adjudged to infringe (in all

cases, January 28, 2031) (*Cephalon, Inc. et al. v. Slayback Pharma Limited Liability Company, et al.*, C.A. No. 17-1154-CFC, D.I. 315-1 ¶¶ 14, 23, 33, 42, 53), including any market extensions and market exclusivities.

4. Judgment is hereby entered (a) in favor of Plaintiff and against Slayback on Plaintiff's claims for infringement of claims 7, 12, 14, 18, 20 of the '707 patent; claims 2, 3, 5 of the '831 patent; claims 5, 7, 18, 20, 24 of the '796 patent; claims 2, 3, 5, 7-11, 20, 21, of the '797 patent; and claims 2, 3, 5, 8-12, 14, 17-19, 25, 26 of the '533 patent; and (b) in favor of Plaintiff and against Defendant on Defendant's counterclaims and defenses.

5. All other claims, counterclaims, and defenses of Plaintiff and Defendant in their respective Complaints and Answers are dismissed without prejudice.

Colm F. Connolly

Chief United States District Court Judge